UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION, LAFAYETTE

IN RE: )
)
MICHAEL A. VINCZ ) CASE NO. 12-40198
)
Debtor. )

## APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO DEBTOR PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET SEQ.

Comes now Debtor, Michael A. Vincz, by and through his counsel, Joseph D. Bartlett, and respectfully requests as follows:

1. Between the date of filing his Petition for Chapter 13 relief and June 15, 2012, Debtor, Michael A. Vincz, paid to David A. Rosenthal, Chapter 13 Trustee the total sum of $2,002.50 with respect to proposed Plan payment.

2. On June 15, 2012, the Court, dismissed Debtor's Chapter 13 Bankruptcy case and therefore the confirmation of the Plan became moot.

3. On August 3, 2012, the Trustee issued his check number 3334 to the Debtor in the amount of $2,002.50 and mailed it to the Debtor, addressed to 4341 E. Cherry Drive, Monticello, Indiana 47960. The Debtor did not receive the check and subsequently the Trustee voided the check.

4. On January 8, 2013, David A. Rosenthal, Chapter 13 Trustee, filed a Notice of Deposit of Funds Into Registry Account and served notice upon all parties of interest.

1

5. Pursuant to 11 U.S.C. § 347 and Chapter 129 of Title 28, United State Code, the Applicant requests that the Court issue an order directing payment of the sum referred to herein to the Claimant.

6. The Debtor/Applicant's current residence address 274 Meadow Drive, Danville, Indiana 46122.

THEREFORE, Debtor/Applicant requests that the Court issue an order directing payment to Debtor of all funds held on his behalf by the Clerk of the Registry Account in this case and for all other proper relief.

Respectfully submitted,

*/s/ Joseph D. Bartlett*
Joseph D. Bartlett, #2591-79
LAW OFFICE OF JOSEPH D. BARTLETT
710 Brown St., P.O. Box 438
Lafayette, IN 47902-0438
(765) 423-2688; fax (765) 429-6267
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the above and foregoing Application foregoing has been served by the Court's Electronic Mail on February 19, 2013, upon U.S. Trustee, Region 10, 101 W. Ohio Street, Ste 1000, Indianapolis, IN 47204 and David A. Rosenthal, 400 Main Street, Lafayette, IN 47901; and a copy of the foregoing document was forwarded by regular U.S. First Class Mail, postage prepaid, in an envelope properly addressed to: Michael A. Vincz, 274 Meadow Drive, Danville, IN 46122 and U.S. Attorney, Hammond Office, 5400 Federal Plaza, Suite 1500, Hammond, IN 46320.

                                                          */s/ Joseph D. Bartlett*
                                                      Joseph D. Bartlett, #2591-79