UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 12-40198 |
| | ) | CHAPTER | 13 |
| MICHAEL A. VINCZ | ) | REG/tk | |
| | ) | | |
| Debtor(s) | | | |

**ORDER GRANTING MOTION**

At Lafayette, Indiana on March 15, 2013.

A hearing with regard to the issues raised by Debtor's motion to release funds and objection thereto filed by LL Receivables was held at Lafayette, Indiana, on March 13, 2013, with Joseph Bartlett, counsel for debtor, Howard Howe, counsel for LL Receivables, and David Rosenthal, trustee, present.

For the reasons stated in open court, LL Receivables' objection is OVERRULED. Debtor's motion to release funds is GRANTED.

The Clerk of the United States Bankruptcy Court is directed to distribute the unclaimed funds deposited in the United States Treasury FUND # 6047BK in the amount of $$2,002.50 to Debtor Michael A. Vincz, c/o Joseph Bartlett, 710 Brown Street, P.O. Box 438, Lafayette, Indiana 47902.

/s/ Robert E. Grant
*Chief Judge, United States Bankruptcy Court*