US Bankruptcy Court
ND Indiana, Fort Wayne Division

In re:

    Joes Castenada, Debtor
    Case 11-13594, Chapter 7

_____

Motion for Release of Funds

Comes now debtor by counsel and moves this court to release the funds in the trustee's account that represent debtors' share of a tax refund sent to debtor by regular US mail to his address of record that was not his current address, from the office of the trustee, and returned to the trustee's office.

_____                                               Dated: 10-23-13
Joseph Lehman  15672-20
Attorney for Debtor
204 W. Clinton St.
Goshen, IN  46526
574-534-9200


Cert. of Svc:  I certify that a copy of the motion was sent to any affected creditors by either email or regular US mail to their addresses of record, on 10-23-13

_____

US Bankruptcy Court
ND Indiana, Fort Wayne Division

In re:

    Joes Castaneda, Debtor
    Case 11-13594, Chapter 7

---

Order for Release of Funds

Debtor having moved to release funds, it is now ordered that the check mailed to debtor and returned to the trustee's office be released from the trustee's account to the debtor after 30 days have elapsed from the date of the entry of this order.

Dated:

_____
Robert Grant
Judge, Bankruptcy Court
ND Indiana, Fort Wayne Division