# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| JOSE JESUS CASTANEDA, ) | CASE NO. 11-13594 |
| ) | Chapter 7 |
| DEBTOR(S). ) | |

### RESPONSE TO DEBTOR'S MOTION FOR RELEASE OF FUNDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor, files this Response to Debtor's Motion for Release of Funds and states as follows:

1. The above-referenced Debtor petitioned for relief under Chapter 7 on September 21, 2011, and the undersigned was appointed as Trustee.

2. On January 22, 2013, Trustee filed his Final Report. Objections to the Final Report were due February 13, 2013. No objections were filed and the Trustee disbursed the funds on hand as proposed in his Final Report.

3. On April 30, 2013, the U.S. Treasury sent the Debtor's 2012 federal tax refund check directly to the Trustee. The Debtor filed his bankruptcy petition in 2011 and the Trustee determined that the Debtor's 2012 tax refunds were not property of the bankruptcy estate.

4. On May 2, 2013, Trustee issued check no. 101 in the sum of $4,949.00 to the Debtor to return the Debtor's 2012 federal tax refund money to him. The check was sent to the Debtor's last known address–700 McLean Street, Ligonier, Indiana 46767. As of this date, the bankruptcy court docket still shows this address for the Debtor.

5. More than 90 days passed and the check was neither returned to the Trustee nor cashed. The Trustee placed a "stop payment" order on check no. 101. The Trustee subsequently deposited the funds with the Clerk of the Bankruptcy Court on September 5, 2013.

6.      The Trustee was not advised of the Debtor's new address until the Debtor contacted the Trustee the week of October 21, 2013. The Debtor advised the Trustee this week that his new address is P.O. Box 34, Wawaka, Indiana 46794.

7.      The Trustee is not holding any funds in the bankruptcy estate account and will be submitting his Final Account.

**Dated: October 25, 2013**

> **Respectfully submitted,**
>
> **CHAPTER 7 TRUSTEE**
> **444 EAST MAIN STREET**
> **FORT WAYNE, INDIANA 46802**
> **TELEPHONE: (260) 426-0444**
> **FAX: (260) 422-0274**
> **EMAIL: mseifert@hallercolvin.com**
>
> **BY: /s/ Martin E. Seifert**
>         **MARTIN E. SEIFERT**
>         **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Response to Debtor's Motion for Release of Funds has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 25th day of October 2013, to:

> Joseph C. Lehman, Esq.
> 204 W. Clinton St.
> Goshen, IN 46526
>
> United States Trustee
> 555 One Michiana Square
> 100 East Wayne Street
> South Bend, Indiana 46601
>
> Jose Jesus Castaneda
> 700 McLean St.
> Ligonier, IN 46767

- 3 -

Jose Jesus Castaneda
P.O. Box 34
Wawaka, IN 46794

 /s/ Martin E. Seifert
**MARTIN E. SEIFERT**