# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

IN RE:                                                     Chapter 11

RICHARD SCOTT ROLLINS and       CASE NO. 07-10171
JODY LINN ROLLINS                  CHAPTER 13

            Debtors.

## MOTION TO WITHDRAW MONEY

      CitiMortgage, Inc., by counsel, pursuant to 28 U.S.C. § 2042, hereby moves the court for entry of an order directing the Clerk of this court to remit $28,702.00 to CitiMortgage, Inc. In support thereof, CitiMortgage would show the court as follows:

      1.      The undersigned represented ABN AMRO Mortgage Group, Inc. ("ABN") in a lawsuit filed against Richard Scott Rollins and others (hereafter, the "Maximum Mortgage Lawsuit"). Attached hereto as Exhibit A is a copy of the Complaint (less the exhibits) filed to commence the Maximum Mortgage Lawsuit.

      2.      Richard Scott Rollins filed this bankruptcy case after the commencement of the Maximum Mortgage Lawsuit. On or about July 24, 2007, ABN filed court claim #3-1 in the amount of $2,037,500.00. This claim was deemed allowed.

      3.      During the months following the filing of the Maximum Mortgage Lawsuit, ABN entered into settlement agreements with all of the defendants in the Maximum Mortgage Lawsuit deemed "collectible." The undersigned then closed his file.

      4.      CitiMortgage acquired ABN in August, 2007. (See Exhibit B) CitiMortgage largely disbanded the offices of ABN following CitiMorgage's acquisition of ABN. Checks

were written payable to ABN by the Chapter 13 Trustee but these checks were never deposited by ABN or CitiMortgage. The total of these checks was $28,702.00.

5. In early June, 2013, Deborah L. Miller, standing Chapter 13 Trustee, deposited $28,702.00 into the court clerk's unclaimed funds account in Treasury Account #6047BK. She deposited these funds into the account because they had not been claimed by ABN.

6. The $28,702.00 deposited into the court clerk's unclaimed funds account and Treasury Account #6047BK should be paid to CitiMortgage, Inc. as successor by merger to ABN.

WHEREFORE, CitiMortgage, Inc. respectfully requests entry of an order directing the clerk of the court to pay over to CitiMortgage, Inc. the $28,702.00 deposited in early June, 2013.

Respectfully submitted,

*/s/ Stephen L. Fink*
Stephen L. Fink (#13971-49)
(stephen.fink@btlaw.com)
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, Indiana 46802
Telephone: (260) 425-4664
Facsimile: (260) 424-8316

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 30th day of October, 2013, he electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all interested parties, and sent a copy by first class mail to:

> United States Attorney's Office
> 3128 Federal Building
> 1300 South Harrison Street
> Fort Wayne, IN 46802

>> */s/ Stephen L. Fink*
>> Stephen L. Fink