UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| RICHARD SCOTT ROLLINS | ) | CASE NO.    07-10171 |
| JODY LINN ROLLINS | ) | |
| | ) | |
| Debtors | ) | |

**ORDER DENYING MOTION TO WITHDRAW MONEY**

At Fort Wayne, Indiana, on October 31, 2013

The application for payment of unclaimed funds, filed on behalf of CitiMortgage, Inc., is DENIED, without prejudice to resubmission, due to the failure to comply with the requirements of N.D. Ind. L.B.R. B-3011-1.

SO ORDERED.

                                                  */s/ Robert E. Grant*
                                        Chief Judge, United States Bankruptcy Court