UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CONSOLIDATED INDUSTRIES CORP, | ) | CASE NO. 98-40533 |
| | ) | **CHAPTER 7 PROCEEDING** |
| Debtor. | ) | |

### ORDER ON TRUSTEE'S OBJECTION TO CLAIM(S)

This matter came before the Court on Trustee's Objection to Claim(s).

The Court being duly advised in the premises, and finding that notice has been given to Claimant and no hearing is required, does now sustain said Objection.

IT IS THEREFORE ORDERED that Claim Number 55 of Claimant, Inland Steel Company, is denied.

IT IS FURTHER ORDERED that Claim Number 256 of Claimant, Inland Steel Company, is allowed as a general unsecured claim in the amount of $194,830.58.

DATED:  May 27, 2009

/s/ Robert E. Grant
Judge, U.S. Bankruptcy Court