UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CONSOLIDATED INDUSTRIES CORP. | ) | CASE NO.:  98-40533 |
| | ) | <u>CHAPTER 7 BANKRUPTCY</u> |
| Debtor | ) | |
| | ) | |

### TRUSTEE'S OBJECTION TO CLAIM

  Comes now Daniel L. Freeland, Trustee herein, by counsel, Sheila A. Ramacci, and objects to the claims of Failure Analysis Assoc., ("Claimant"), as follows:

  1. That counsel for the Trustee has reviewed the claims register prepared by the Clerk of the U.S. Bankruptcy Court regarding this estate, as well as the actual claims filed in this Estate.

  2. That the Trustee objects to the claim(s) in Consolidated Industries Corp., as follows:

    a. Claim Number 54 - said claim should be denied by reason of the fact that the Trustee has been unable to determine the basis for said claim, and Claimant has failed to provide the Trustee with any documents which support either the basis for the Claim, or the amount of the Claim, although the Trustee has requested they do so.  Said claim should be disallowed in the amount of $121,903.87, but allowed as a general, unsecured claim in the amount of $84,386.30, which is the amount listed on the Schedule F filed in this matter.

  WHEREFORE, Trustee prays the Court issue its Order Disallowing Claim as required herein.

            Respectfully submitted:

Dated: October 12, 2009

            /s/ Sheila A. Ramacci
            Sheila A. Ramacci, Attorney for Trustee
            9105 Indianapolis Blvd.
            Highland, IN 46322
            (219) 922-0800

### CERTIFICATE OF SERVICE

  I hereby certify that on October 12, 2009, service of a true and complete copy of the above document was served by:

Electronic Notice on: United States Trustee - ustpregion10.so.ecf@usdog.gov
           All parties receiving electronic notice pursuant to the Court's electronic mailing list
US Mail on: Failure Analysis Assoc., P.O. Box 60000, San Francisco, CA 94160

            /s/ Sheila A. Ramacci
            Sheila A. Ramacci