UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CONSOLIDATED INDUSTRIES CORP., | ) | Case No. 98-40533 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING THE TRUSTEE'S FINAL
APPLICATION FOR COMPENSATION AND
<u>REIMBURSEMENT OF EXPENSES TO JENNER & BLOCK LLP</u>**

THIS MATTER COMING TO BE HEARD UPON the Trustee's Final Application for Compensation and Reimbursement of Expenses to Jenner & Block LLP; due and proper notice of the Motion having been given pursuant to Fed. R. Bankr. P. 2002; the Court having reviewed the Application; and the Court having jurisdiction over this core proceeding and being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Application is hereby granted.

2. Jenner & Block LLP is hereby allowed compensation in the amount of $27,591.00 for its work on hourly related matters.

3. Jenner & Block LLP is hereby allowed reimbursement for its actual and necessary expenses in the amount of $21,561.38.

4. The Trustee be and hereby is authorized to pay Jenner & Block LLP the amounts allowed herein.

ENTER:

/s/ Robert E. Grant
United States Bankruptcy Court Judge

Dated: December 1, 2010