UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

FILED
2010 DEC 20 PM 12: 11
CHRISTOPHER M. DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT
N DISTRICT OF INDIANA

In Re:                                  )   Chapter 7
                                        )
CONSOLIDATED INDUSTRIES, CORP.          )   Case No. 98-40533

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now Claimant, Douglas J. Logan, and moves the Court for Payment of Unclaimed Funds in this cause and in support thereof, states as follows:

1. Claimant is a natural person and was an employee of Consolidated Industries Corp. at the time of its filing of Bankruptcy on May 28, 1998;

2. Claimant was owed payroll and vacation compensation from Consolidated Industries Corp., at the time of its filing of Bankruptcy in the sum of $2,560.20;

2. Claimant received Notice of Deposit of Unclaimed Funds by Daniel L. Freeland, Trustee, dated November 16, 2010;

3. Claimant has not received his funds from said trustee and his right to payment has not, in any way, been transferred or assigned to any other entity;

WHEREFORE, Claimant prays the court to enter an order to pay Claimant's unclaimed funds in the sum of $1,620.60 to Claimant at his current mailing address, P.O. Box 503, Oxford, IN 47971.

*Douglas J. Logan*
Douglas J. Logan, Claimant

## CERTIFICATE OF SERVICE

I hereby certify that on 17th day of December, 2010, service of a true and complete copy of the above document was served by United States First Class mail upon:

Daniel L. Freeland, Trustee
9105 Indianapolis Boulevard
Highland, IN 46322

*Douglas J. Logan*
Douglas J. Logan, Claimant