UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:

CONSOLIDATED INDUSTRIES CORP.,          Case No: 98-40533
                                        Chapter 7 Bankruptcy
         Debtor.
_____/

**AFFIDAVIT OF OWNERSHIP**

I, Thomas R. Tibble, under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $10,740.72, which is the sum of monies deposited with the court in the above referenced case (the "**Unclaimed Funds**").

2. My attorneys are Warner Norcross & Judd LLP, who have been appointed as my attorneys in the matter of Modern Plastics Corporation, Debtor, Case No. 09-00651-swd, United States Bankruptcy Court for the Western District of Michigan, by Order dated March 9, 2009.

3. The original disbursement check for the Unclaimed Funds was delivered to Modern Plastics Corporation at 489 North Shore Drive, P.O. Box 1367, Benton Harbor, Michigan 49022, which address is vacant.

4. I am the legal owner of the Unclaimed Funds as Chapter 7 Trustee in the matter of Modern Plastics Corporation, Debtor, and therefore I am entitled to payment of the Unclaimed Funds. Attached to this affidavit is evidence of my appointment as trustee.

5. I have not transferred or assigned the funds to any other entity.

6. The following is my current address and telephone number:

   Thomas R. Tibble
   2813 W. Main Street
   Kalamazoo, Michigan 49006
   269-342-9482

7. I request that this Court accept this Affidavit of Ownership and grant an Order releasing the Unclaimed Funds pursuant to the Application for Payment of Unclaimed Funds filed by Warner Norcross & Judd LLP.

2

Dated: July 15, 2011                                /s/ Thomas R. Tibble
                                                    Thomas R. Tibble


STATE OF MICHIGAN      )
                       ) ss.
COUNTY OF KENT         )

      The foregoing instrument was acknowledged before me on July 15, 2011, by Thomas R. Tibble, who is the Chapter 7 Trustee in the matter of Modern Plastics Corporation, Debtor, Case No. 09-00651-swd, United States Bankruptcy Court for the Western District of Michigan.

                                               /s/ Martha G. Flack

                                               Notary Public
                                               Kalamazoo County, Michigan
                                               My Commission Expires: 6/18/2016

5611168-1