## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Hammond Division at Lafayette

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Consolidated Industries Corp.<br>35–1020608<br>P.O. Box 7800<br>Lafayette, IN 47905 | )<br>)<br>)<br>) Case Number: 98–40533–reg<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE TO TRANSFEROR OF FILING OF TRANSFER OF CLAIM

To: Modern Plastics Corporation

You are hereby notified that on July 15, 2011, Thomas R. Tibble, Chapter 7 Trustee filed a notice stating that a claim you hold (Claim No. 197), which was previously filed or deemed filed in this case, has been transferred or assigned to it.

Any objections to the transfer must be filed within 28 days of the date of this notice. If no objections are filed within the time required, the transferee will be substituted as the creditor in your place without further order. See, Fed. R. Bankr. P. Rule 3001.

Dated at Lafayette, Indiana, on July 19, 2011 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
Charles A. Halleck Federal Building
P.O. Box 558
230 North Fourth Street
Lafayette, Indiana 47902