**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF THE STATE OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| IN RE: | ) **Case No. 98-40533** |
| **Consolidated Industries Corp.,** | )         **(Chapter 7)** |
| | ) |
| **DEBTORS** | ) |

## NOTICE OF APPEARANCE

The undersigned, Nicholas A. Snow, of the law firm of The Walker Law Group, P.C., 363 S. Lake St., Gary, IN 46403, enters an appearance on behalf of American Property Locators, authorized agent for Creditor and Claimant, Financial Solutions, in the above-referenced bankruptcy proceeding, and requests that all matters be directed to his attention.

__/s/ Nicholas A. Snow_____
Nicholas A. Snow, #25391-64
363 S. Lake Street
Gary, IN 46403
Tel: (219)887-2626
Fax: (219)887-2829

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of this Notice of Appearance was served on the parties by placing a copy in the U.S. Mail or electronically on July 19, 2011 at the addresses listed below or attached hereto.

United States Attorney
5400 Federal Plaza
Hammond, IN 46320

United States Trustee
555 One Michiana Avenue
100 Wayne Street
South Bend, IN  46601

Case Trustee
Lynn M. Miller
112 N. Second St.
Elkhart, IN 46516

　　　　　　　　　　　　　　　__/s/ Nicholas A. Snow_____
　　　　　　　　　　　　　　　Nicholas A. Snow