## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF THE STATE OF INDIANA
## HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| IN RE: | ) Case No. 98-40533 |
| **Consolidated Industries Corp.,** | )     (Chapter 7) |
| | ) |
| **DEBTOR** | ) |

### APPLICATION FOR ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
### 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

American Property Locators, Inc., as an appointed agent of Financial Solutions ("Claimant"), a claimant in the captioned case, respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive a distribution from the bankruptcy estate, as evidenced by the attached Proofs of Claim; and

2. The Trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $56,930.41. The Claimant was not located at the time of the distribution and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

3. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

4. Claimant has appointed American Property Locators, by self-executed affidavit, as its agent for the limited purpose of recovering the funds which are the subject of this motion. Said affidavit is attached as Exhibit "A."

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Financial Solutions
SSN/EIN  06-1446011


By:___/s/ Nicholas A. Snow____
Nicholas A. Snow, #25391-64
363 South Lake Street
Gary, IN 46403
(219) 887-2626
Attorney for Financial Solutions by its Agent, American Property Locators, Inc.


CERTIFICATE OF MAILING

       I hereby certify that on  July 19, 2011, I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
5400 Federal Plaza
Hammond, IN 46320

United States Trustee
555 One Michiana Avenue
100 Wayne Street
South Bend, IN  46601

Case Trustee
Daniel L. Freeland
9105 Indianapolis Boulevard
Highland, IN 46322

    ___/s/ Nicholas A. Snow_____
    Nicholas A. Snow, ID # 25391-64