## LIMITED POWER OF ATTORNEY

Financial Solutions, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK  73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**ONLY** to recover cash or cash equivalents specifically arising from the bankruptcy of Consolidated Industries Corp., that belong to the Principal,

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective until the Unclaimed Funds are claimed and remitted to Principal.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds.  Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 30 day of June, 2011.

**PRINCIPAL:**
Financial Solutions
Federal ID # 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

By: [signature]
Title: EVP

**PRINCIPAL'S ADDRESS:**

425 Cedarhurst Ave.
Cedarhurst, NY  11516
(516) 721-8643

## ACKNOWLEDGMENT

STATE OF New York )

COUNTY OF Nassau )

Before me a Notary Public, in and for said County and State on this 30th day of June, 2011 personally appeared Joel Plig to me known to be the identical person who subscribed his/her name to the foregoing instrument as its EVP (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
6/24/15

[signature]
Notary Public

LESLIE ANN JACOBI
Notary Public, State of New York
No. 01JA4983264
Qualified in Nassau County
Commission Expires 06/24/20 15