UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| In Re: | ) | 98-40533 |
| | ) | |
| Consolidated Industries Corp. | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## AFFIDAVIT OF CREDITOR

I, Joel Flig, on behalf of Financial Solutions the undersigned creditor in the above referenced case, being first duly sworn upon oath, states as follows:

1. American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013, has been granted a power of attorney by Financial Solutions to submit an Application for Payment from Unclaimed Funds seeking payment of its claim(s) due and owing to Financial Solutions as a creditor in the above referenced bankruptcy case.

2. My name, address and telephone number are as follows:

   Joel Flig
   Financial Solutions
   425 Cedarhurst Ave.
   Cedarhurst, NY 11516
   (516) 721-8643

3. I am the one and the same Joel Flig who is reflected in the Court records

4. Financial Solutions has neither previously received remittance for its claim(s) nor has contracted with any other party other than the party named in item one above to recover these funds The right to this payment has not, in any way, been assigned or transferred to any other entity.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

_____ 6/30/11                    _____
Date                               Joel Flig
                                   Financial Solutions
                                   425 Cedarhurst Ave.
                                   Cedarhurst, NY 11516
                                   SS# or FID# 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

## ACKNOWLEDGMENT

STATE OF New York )
COUNTY OF Nassau )

Before me a Notary Public, in and for said County and State on this 30th day of June, 20 11, personally appeared Joel Flig to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its EVP, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
6/24/15

_____
Notary Public

LESLIE ANN JACOBI
Notary Public, State of New York
No. 01JA4983264
Qualified in Nassau County
Commission Expires 06/24/20 15

JOEL FLIG  
Executive V.P.

Senior Debt Placement  
Corporate Finance  
Investment Banking  
Banking & Financial Mgmt.

*Financial Solutions Group, Ltd.*

160 East 61st Street  
New York, NY 10021

Tel. (212) 759-5723  
Fax. (212) 223-5471  
(212) 308-3078

(Old business card reflecting previous address.)

425 Cedarhurst Avenue  
Cedarhurst, NY 11516  
516-721-8643

Joel Flig

joflig@aol.com