## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF THE STATE OF INDIANA
## HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| IN RE: | ) Case No. 98-40533 |
| Consolidated Industries Corp., | )    (Chapter 7) |
| | ) |
| DEBTOR | ) |

### APPLICATION FOR ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
### 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

American Property Locators, Inc., agent of Watsco Investments, LLC, successor to Watsco Components (AKA Watsco Components, Inc.) ("Claimant"), a claimant in the captioned case, by and through its Counsel, Nicholas A. Snow, respectfully requests as follows:

1. Watsco Components, Inc. was a creditor of the Debtor and was due to receive a distribution from the estate of the Debtor. Watsco Components, Inc., filed the appropriate proof of claim, attached as a part of Claimant's Group Exhibit, under the name of "Watsco Components." Watsco Components, Inc., and Watsco Components are one and the same entity, as evidenced by the attached Annual Report for the year 1998 in the State of Florida, showing the same name and mailing address.

2. The trustee did, in fact, make a distribution from the estate to Watsco Components, Inc. in the amount of approximately $7,929.50. Watsco Components, Inc. was not located at that time, and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

3. Watsco Components, Inc. changed its name to Watsco Investments I, Inc., on June 3, 1998, as evidenced by the attached Articles of Amendment. This change took place prior to the filing of the proof of claim, but after the date the debt was incurred. As such, the proof of claim was filed under the name, "Watsco Components."

4. Watsco Investments I, Inc., merged with Watsco Investments II, Inc., on December 31, 2003 to form Watsco Investments, LLC, as evidenced by the attached Articles of Merger.

5. Watsco Investments, LLC continues to operate today, and is the claimant and filer of this petition.  As evidenced by the attached Annual Report filed April 27, 2011, Watsco Investments, LLC, lists its place of business as in care of the tax department of Watsco, Inc.

6. The Watsco Investments, LLC representative who has signed the Creditor Affidavit and Limited Power of Attorney appointing American Property Locators as its agent is a managing member of Watsco Investments, LLC, as evidenced by the April 27, 2011 Annual Report.

7. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth in the Proposed Order

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Watsco Investments, LLC, successor to Watsco Components (AKA Watsco Components, Inc.)
SSN/EIN  59-2696358

By:     /s/ Nicholas A. Snow____
Nicholas A. Snow, #25391-64
363 South Lake Street
Gary, IN 46403
(219) 887-2626
Attorney for American Property Locators, Inc., agent of Watsco Investments, LLC, successor to Watsco Components (AKA Watsco Components, Inc.)

CERTIFICATE OF MAILING

    I hereby certify that on __August 11, 2011__, I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
5400 Federal Plaza
Hammond, IN 46320

United States Trustee
555 One Michiana Avenue
100 Wayne Street
South Bend, IN 46601

Case Trustee
Daniel L. Freeland
9105 Indianapolis Boulevard
Highland, IN 46322

           ___/s/ Nicholas A. Snow_____
           Nicholas A. Snow, ID # 25391-64