UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF THE STATE OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 98-40533 |
| Consolidated Industries Corp., | )    (Chapter 7) |
| | ) |
| DEBTOR | ) |

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

American Property Locators, Inc., agent of RockTenn CP, LLC successor to Jefferson Smurfit Corp. ("Claimant"), a claimant in the captioned case, by and through Counsel, Nicholas A. Snow respectfully requests as follows:

1. Jefferson Smurfit Corp. was a creditor of the Debtor and was due to receive a distribution from the estate, and the trustee did, in fact, make such a distribution to the Claimant in the amount of approximately $6,018.11. The Claimant was not located at that time and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Jefferson Smurfit Corp., as evidenced by the Articles of Merger attached in Claimant's Group Exhibit, merged with Stone Container Corp. on November 1, 2004, and came to be known as Smurfit-Stone Container Enterprises, Inc.

3. Smurfit-Stone Container Enterprises, Inc., as evidenced by the Articles of Merger attached in Claimant's Group Exhibit, came to be known as Smurfit-Stone Container Corp. on June 30, 2010.

4. Smurfit-Stone Container Corp, as evidenced by the Articles of Merger attached in Claimant's Group Exhibit, merged with an into SAM Acquisitions, LLC on May 27, 2011, and came to be known as RockTenn CP, LLC.

5. RockTenn CP, LLC continues to operate today, and is the claimant and filer of this petition. The representative of RockTenn CP, LLC who has signed the Creditor Affidavit and Limited Power of Attorney appointing American Property Locators as its agent is formerly an employee of Smurfit-Stone Container Corp., as evidenced by the attached business card contained within Claimant's Group Exhibit.

6. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

RockTenn CP, LLC successor to Jefferson Smurfit Corp.<br>SSN/EIN  36-2041256

By:____/s/ Nicholas A. Snow____
Nicholas A. Snow, #25391-64
363 South Lake Street
Gary, IN 46403
(219) 887-2626
Attorney for American Property Locators, agent of RockTenn CP, LLC successor to Jefferson Smurfit Corp.

CERTIFICATE OF MAILING

      I hereby certify that on __August 11, 2011_, I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
5400 Federal Plaza
Hammond, IN 46320

United States Trustee
555 One Michiana Avenue
100 Wayne Street
South Bend, IN  46601

Case Trustee
Daniel L. Freeland
9105 Indianapolis Boulevard
Highland, IN 46322

                        ___/s/ Nicholas A. Snow_____
                        Nicholas A. Snow, ID # 25391-64

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF THE STATE OF INDIANA
## HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| IN RE: | ) Case No. 98-40533 |
| **Consolidated Industries Corp.,** | )    **(Chapter 7)** |
| | ) |
| **DEBTOR** | ) |

### ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT

On the application of American Property Locators, Inc., agent of RockTenn CP, LLC, successor to Jefferson Smurfit Corp. SSN/EIN 36-2041256 (the "Claimant"), a claimant in the above-captioned case, for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $3,153.25) be paid directly to it in care of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013.

Dated this ___ day of _____, 201__.

_____
United States Bankruptcy Judge

CC:  Nancy Noecker, South Bend Division