UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN THE MATTER OF:            )
                             )
CONSOLIDATED INDUSTRIES CORP.  )        CASE NO.    98-40533
                             )
                             )
    Debtor                   )

## ORDER

At Fort Wayne, Indiana, on August 22, 2011.

Thomas R. Tibble's motion for payment of unclaimed funds is GRANTED.

IT IS ORDERED that the Clerk of the United States Bankruptcy Court is to distribute the unclaimed funds deposited in the United States Treasury (FUND #6047BK) in the amount of $10,740.72 to Thomas R. Tibble, 2813 W. Main Street, Kalamazoo, Michigan 49006.

                                                  */s/ Robert E. Grant*
                                      Chief Judge, United States Bankruptcy Court