UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| CONSOLIDATED INDUSTRIES CORP. | )   CASE NO.   98-40533 |
| | ) |
| | ) |
| Debtors | ) |

**ORDER DENYING PAYMENT OF FUNDS**

At Fort Wayne, Indiana, on September 9, 2011.

The application for payment of unclaimed funds, filed on behalf of Financial Solutions, is DENIED, without prejudice to resubmission, due to the failure to comply with the requirements of N.D. Ind. L.B.R. B-3011-1(c).

SO ORDERED.

*/s/ Robert E. Grant*
Chief Judge, United States Bankruptcy Court