UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| CONSOLIDATED INDUSTRIES CORP. | ) | CASE NO.    98-40533 |
| | ) | |
| | ) | |
| Debtors | ) | |

**ORDER DENYING PAYMENT OF FUNDS**

At Fort Wayne, Indiana, on September 20, 2011.

The application for payment of unclaimed funds, filed on behalf of RockTenn CP, LLC, is DENIED, without prejudice to resubmission, due to the failure to comply with the requirements of N.D. Ind. L.B.R. B-3011-1(c).

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Robert E. Grant
　　　　　　　　　　　　　　　　　　　　　Chief Judge, United States Bankruptcy Court