UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| CONSOLIDATED INDUSTRIES CORP. | ) | CASE NO.   98-40533 |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER

At Fort Wayne, Indiana, on September 20, 2011.

Watsco Investments, LLC's motion for payment of unclaimed funds is GRANTED.

IT IS ORDERED that the Clerk of the United States Bankruptcy Court is to distribute the unclaimed funds deposited in the United States Treasury (FUND #6047BK) in the amount of $7,929.50 to Watsco Investsments, LLC, c/o American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert E. Grant*
　　　　　　　　　　　　　　　　　　　　Chief Judge, United States Bankruptcy Court