## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION AT LAFAYETTE

IN RE:                                )
CONSOLIDATED INDUSTRIES CORP.         )        CHAPTER 7
                                      )        CAUSE NO. 98-40533
                                      )
DEBTOR(S)                             )

### APPLICATION FOR ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
### 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

American Property Locators, Inc., agent of Arcelor Mittal U.S.A., L.L.C., successor to Inland Steel

Company, a claimant in the captioned case, by and through its Counsel, Nicholas A. Snow, respectfully

requests as follows:

1.  Inland Steel Company was a creditor of the Debtor, located at 30 W. Monroe St., Chicago,

IL 60603 (as evidenced by Claimant's Exhibit 1), and was due to receive a distribution from the

estate of the Debtor.  Inland Steel Company, by and through its representative, Al Goldfarb,

filed the appropriate proof of claim, recorded as Claim No. 256, on November 30, 2011.

2. The trustee did, in fact, make a distribution from the estate pursuant to the claim filed by

Inland Steel Company, in the amount of approximately $107,167.00.  The Claimant was not

located, and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

3.  On September 16, 1998 Inland Steel Company changed its name to Ispat Inland Inc., as

evidenced by the Certificate of Authority issued by the Indiana Secretary of State and included

in Claimant's Group Exhibit 2.

4.  On December 31, 2005, Ispat Inland Inc. merged into and began operating as a part of

Mittal Steel U.S.A., as evidenced by the Certificates of Merger issued by the State of Delaware

and the State of Indiana and included in Claimant's Group Exhibit 2.

5.  On or about September 26, 2007, Mittal Steel U.S.A. changed its name to ArcelorMittal U.S.A., Inc., as evidenced by the attached Certificate of Amendment issued by the State of Delaware and included in Claimant's Group Exhibit 2.

6. On or about December 21, 2010, ArcelorMittal U.S.A., Inc. was converted to ArcelorMittal U.S.A., L.L.C., as evidenced by the attached Certificate of Conversion issued by the State of Delaware and included in Claimant's Group Exhibit 2.  ArcelorMittal U.S.A., L.L.C., is the entity which now files this Application.

7.  The AreclorMittal U.S.A., L.L.C. representative who has signed the Creditor Affidavit and the Limited Power of Attorney appointing American Property Locators as its agent has been granted the specific authority to do so by the sworn statement of an officer of ArcelorMittal U.S.A., L.L.C.; specifically, Marc Jeske, the Corporate Secretary. (Claimant's Exhibit 3). It should be noted, for purposes of verifying Mr. Jeske's authority, that his signature appears on many of the documents and applications regarding mergers and name changes included in Claimant's Group Exhibit 2.

7.  Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant  in this case and for such further and other relief as is just and appropriate.

ArcelorMittal USA LLC, successor to Inland Steel Company
SSN/EIN  71-0871875


By:____/s/ Nicholas A. Snow____
Nicholas A. Snow, #25391-64
363 South Lake Street
Gary, IN 46403
(219) 887-2626
Attorney for ArcelorMittal USA LLC successor to Inland Steel Company, by its Agent, American
Property Locators, Inc.


<u>CERTIFICATE OF MAILING</u>


      I hereby certify that on _____, I have mailed a true and
correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS
TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C.
SECTIONS 2041 ET. SEQ. to:

United States Attorney
5400 Federal Plaza
Hammond, IN 46320

United States Trustee
555 One Michiana Avenue
100 Wayne Street
South Bend, IN  46601

Case Trustee
Daniel L. Freeland
9105 Indianapolis Boulevard
Highland, IN 46322


                         ____/s/ Nicholas A. Snow_____
                         Nicholas A. Snow, ID # 25391-64

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

|  |  |
|---|---|
| IN RE: | ) Case No. 96-40623 |
| White Trailer, Inc. AKA White Trailer | )  (Chapter 7) |
| Corporation, | ) |
|  | ) |

DEBTOR

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of American Property Locators, Inc., agent of Arcelor Mittal U.S.A., L.L.C., successor to Inland Steel Company (SSN/EIN  71-0871875), a claimant in the captioned case, for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $107,167) be paid directly to Claimant in care of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK  73013.

Dated this __ day of _____, 201__.

_____
United States Bankruptcy Judge

CC:  Nancy Noecker, South Bend Division