## LIMITED POWER OF ATTORNEY

ArcelorMittal USA LLC successor to Inland Steel Company, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**ONLY to recover cash or cash equivalents specifically arising from the bankruptcy of Consolidated Industries Corp., that belong to the Principal,**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds"). The Unclaimed Funds are to be remitted to Principal, Attn: Ms. Amy Glogowski, 19th Floor, 1 S. Dearborn St., Chicago, IL 60603.

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 14 day of November, 2011.

**PRINCIPAL:**
ArcelorMittal USA LLC successor to Inland Steel Company
Federal ID # 710871875
By: William R. Martin
Title: Manager - Treasury

**PRINCIPAL'S ADDRESS:**

1 South Dearborn
Chicago, IL 60603
(312) 899-3400

### ACKNOWLEDGMENT

STATE OF Illinois )
COUNTY OF Cook )

Before me a Notary Public, in and for said County and State on this 14th day of November, 2011 personally appeared William R. Martin to me known to be the identical person who subscribed his/her name to the foregoing instrument as its Manager-Treasury (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
September 20, 2014

Notary Public Rosario Vega

OFFICIAL SEAL
ROSARIO VEGA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/20/14

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| In Re: | ) | 98-40533 |
|---|---|---|
| | ) | |
| Consolidated Industries Corp. | ) | Chapter 7 |
| Debtor(s) | ) | |

## AFFIDAVIT OF CREDITOR

ArcelorMittal USA LLC successor to Inland Steel Company the undersigned creditor in the above referenced case, being first duly sworn upon oath, states as follows:

1. American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013, has been granted a power of attorney by ArcelorMittal USA LLC successor to Inland Steel Company to submit an Application for Payment from Unclaimed Funds seeking payment of its claim(s) due and owing to ArcelorMittal USA LLC successor to Inland Steel Company as a creditor in the above referenced bankruptcy case.

2. My name, address and telephone number are as follows:

   Bill Martin
   ArcelorMittal USA LLC successor to Inland Steel Company
   1 South Dearborn
   Chicago, IL 60603
   (312) 899-3400

3. I, Bill Martin, am acting in my capacity as <u>Manager-Treasury</u> of ArcelorMittal USA LLC successor to Inland Steel Company and have been specifically authorized and instructed by _____, an officer of said Entity to seek recovery of the funds at issue. A certificate of authhority to act has been attached.

4. ArcelorMittal USA LLC successor to Inland Steel Company has neither previously received remittance for its claim(s) nor has contracted with any other party other than the party named in item one above to recover these funds  The right to this payment has not, in any way, been assigned or transferred to any other entity.

5. Inland Steel Company was previously located at 30 W. Monroe St., Chicago, IL 60603. Inland Steel Company changed its name to Ispat Inland Inc. Ispat Inland Inc. merged into Mittal Steel USA Inc. Mittal Steel USA Inc. changed its name to ArcelorMittal USA Inc. and ArcelorMittal USA Inc. was changed to ArcelorMittal USA LLC. Succesion information is attached.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

11/14/11
Date

ArcelorMittal USA LLC successor to Inland Steel Company
1 South Dearborn
Chicago, IL 60603
SS# or FID# 110871875

## ACKNOWLEDGMENT

STATE OF Illinois )
COUNTY OF Cook )

Before me a Notary Public, in and for said County and State on this 14th day of November, 2011 personally appeared Bill Martin to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its Treasury Mang (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
September 20, 2014

Notary Public

OFFICIAL SEAL
ROSARIO VEGA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/20/14

## Certificate of Authority to Act for
## ArcelorMittal USA LLC successor to Inland Steel Company

I, the undersigned, _Marc Jeske_, as _Corporate Secretary_ of ArcelorMittal USA LLC successor to Inland Steel Company, do hereby certify that **Bill Martin** 's authority to act on behalf of ArcelorMittal USA LLC successor to Inland Steel Company, includes, without limitation, the recovery of unclaimed funds arising from bankruptcy matters.

IN WITNESS HEREOF, I have hereunto signed my name this _14th_ day of _November_, 20_11_.

ArcelorMittal USA LLC successor to Inland Steel Company

_Marc Jeske_

## ACKNOWLEDGMENT

STATE OF _Illinois_ )
COUNTY OF _Cook_ )

Before me, the undersigned a Notary Public, in and for said County and State on this _14th_ day of _November_, 20_11_, personally appeared _Marc Jeske_ to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its _Corporate Secretary_ and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:                    Notary

_September 20, 2014_                        _Rosario Vega_

OFFICIAL SEAL
ROSARIO VEGA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/20/14

**William R. Martin**
Manager
Treasury Department

**ArcelorMittal USA**

1 South Dearborn Street, 19th Floor
Chicago, IL 60603-9888

T +1 312 899 3818
F +1 312 899 3678
www.arcelormittal.com
william.martin@arcelormittal.com

ArcelorMittal