UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | | |
| | ) | | |
| CONSOLIDATED INDUSTRIES CORP. | ) | CASE NO. | 98-40533 |
| | ) | | |
| | ) | | |
| Debtor | ) | | |

### ORDER DENYING PAYMENT OF FUNDS

At Fort Wayne, Indiana, on March 29, 2013

The application for payment of unclaimed funds, filed on behalf of Exponent, Inc., is DENIED, without prejudice to resubmission, due to the failure to comply with the requirements of N.D. Ind. L.B.R. B-3011-1(b). The motion and supporting documents represent that the creditor for which the funds were originally deposited, Failure Analysis Associates, Inc. changed its name to Exponent Failure Analysis Associates, Inc. which was later dissolved. Yet, nothing the movant has filed demonstrates how Exponent, Inc. is entitled to the funds. See, In re Chochos, 2007 WL 1810556 *4 (Bankr. N.D. Ind. May 23, 2007).

SO ORDERED.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court