UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| CONSOLIDATED INDUSTRIES CORP. | ) | CHAPTER 7 |
| DEBTOR(S) | ) | CAUSE NO. 98-40533-reg |
| | ) | |

<u>NOTICE OF MOTION AND OPPORTUNITY TO OBJECT</u>

Jeoffrey L. Burtch, Trustee for Von Weise Inc. has filed a Motion for Unclaimed Funds. In support of the relief requested, the motion requests relief under N.D. Ind. L. B. R. B-3011-1. A copy of the Motion is attached to this notice.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, you may wish to consult one.

If you do not want the court to grant the motion, on or before June 18, 2013, you or your attorney must:

1.  File a written objection to the motion, which should explain the reasons for your objection, with the Clerk of the United States Bankruptcy Court at 230 North Fourth Street, Lafayette, IN 47901.

2.  You must also mail copies of your objection to:

    Jeoffrey L. Burtch, Trustee, Cooch and Taylor, P.A., 1000 West Street, 10th Floor, Wilmington, DE 19801

    Trustee: Daniel L. Freeland, 9105 Indianapolis Blvd., Highland, IN 46322

    US Trustee, 100 East Wayne Street, Room 555, South Bend, IN 46601

    US Attorney, 5400 Federal Plaza, Suite 1500, Hammond, IN 46320

If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing.

Dated:  May 16, 2013

By: _____
Jeoffrey L. Burtch, Chapter 7 Trustee
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 984-3800

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                                  )
CONSOLIDATED INDUSTRIES CORP.           )       CHAPTER 7
        DEBTOR(S)                       )       CAUSE NO. 98-40533-reg
                                        )

## CERTIFICATE OF SERVICE

I, Jeoffrey L. Burtch, certify that on May 16, 2013, I caused the attached documents to be served on the entities on the attached service list in the manner indicated.

**VIA REGULAR MAIL**

US Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601

Trustee Daniel L. Freeland
9105 Indianapolis, Blvd.
Highland, IN 46322

US Attorney
5400 Federal Plaza, Ste 1500
Hammond, IN 46320

Consolidated Industries Corp.
PO Box 7800
Lafayette, IN 47905

Dated:  May 16, 2013                    By: _____
                                        Jeoffrey L. Burtch, Chapter 7 Trustee
                                        The Brandywine Building
                                        1000 West Street, 10th Floor
                                        Wilmington, DE  19801
                                        Telephone:  (302) 984-3800

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                                    )
CONSOLIDATED INDUSTRIES CORP.    )        CHAPTER 7
    DEBTOR(S)                             )        CAUSE NO. 98-40533-reg
                                          )

## MOTION TO RECOVER UNCLAIMED FUNDS

Jeoffrey L. Burtch, Trustee for Von Weise Inc. (the "Movant"), a company in a Chapter 7

bankruptcy, moves this Court for an order pursuant to N.D. Ind. L.B.R. B-3011-1 for release of

unclaimed funds deposited with the Clerk of the Court pursuant to 11 U.S.C. Section 347(a),

Fed. R. Bankr. P. 3011 and in support thereof, states as follows:

1.      On January 16, 2009, the following companies filed voluntary petitions for relief

under Chapter 7 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"):

Specialty Motors Group Holding Corp., Specialty Motors Holding Corp., Specialty Motors

Operations Inc., Auto Specialty Products, Inc., Von Weise, Inc., and Von Weise Gear Company,

(collectively, the "Debtors").

2.      On January 20, 2009, Jeoffrey L. Burtch was appointed as interim trustee in these

cases and serves as the trustee (hereinafter, "Von Weise Trustee") for these cases pursuant to 11

U.S.C. § 702(d).  Information concerning the Trustee's appointment is attached hereto as Exhibit

A.[1]

3.      Fasco Industries Inc. (sometimes "Fasco") is a creditor of the debtor Consolidated

Industries Corp. ("Consolidated").  The Von Weise Trustee has been informed that the Chapter 7

Trustee (Mr. Daniel L. Freeland) for estate of Consolidated attempted distribution to Fasco in the

---

[1] Exhibit A is an excerpt of Docket Entry Number 6 in Case No. 09-10186 (CSS) pending in the United
States Bankruptcy Court for the District of Delaware.

amount of $24,162.69, but that such distribution attempt was not successful, and that thereafter, the Chapter 7 Trustee for estate of Consolidated deposited this amount into the Court registry. *See generally,* Docket Number 2973 (Notice of Deposit of Unclaimed Funds filed June 23, 2011).

    4.    Fasco Industries Inc. is a dba of Von Weise, Inc. *See* attached Exhibit B.[2] See also Exhibit C. The Tax Identification Number of Von Weise, Inc. is 33-1-35546.

    5.    The Von Weise Trustee is responsible to collect and reduce to money the property of the Chapter 7 Von Weise, Inc. estate.

    6.    The Von Weise Trustee's address is:

> Jeoffrey L. Burtch, Chapter 7 Trustee
> Cooch and Taylor, P.A.
> The Brandywine Building
> 1000 West Street, 10th Floor
> Wilmington, DE 19801

    7.    Movant has no knowledge that this claim has been previously paid, or that any party other than the Movant is entitled to these funds, except as stated above in paragraph 3.

    8.    This Motion is served upon the United States Attorney pursuant to Fed. R. Bankr. P. 7004.

    9.    The Von Weise Trustee requests that the Court take judicial notice of the Trustee's Notice of Deposit of Unclaimed Funds filed June 23, 2011, and Trustee's Final Report and Distribution Summary in granting this motion.

---

[2] Exhibit B is an excerpt of Docket Entry Number 1 in Case No. 09-10186 (CSS) pending in the United States Bankruptcy Court for the District of Delaware.

WHEREFORE the Von Weise Trustee moves the Court for an Order releasing the unclaimed funds in the amount of $24,162.69 made payable to "Jeoffrey L. Burtch, Chapter 7 Trustee" and for such other relief is just and proper.

Respectfully Submitted,

Dated: May 16, 2013

By: _____
Jeoffrey L. Burtch, Chapter 7 Trustee
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 984-3800

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                                    )
CONSOLIDATED INDUSTRIES CORP.   )        CHAPTER 7
        DEBTOR(S)                         )        CAUSE NO. 98-40533-reg
                                          )

**AFFIDAVIT OF JEOFFREY L. BURTCH, TRUSTEE FOR VON WEISE INC.**
**IN SUPPORT OF HIS MOTION TO RECOVER UNCLAIMED FUNDS**

STATE OF DELAWARE          )
                           )        SS
COUNTY OF NEW CASTLE       )

I, Jeoffrey L. Burtch, Trustee for Von Weise Inc., under penalty of perjury under the laws of the United States of America declare that the following statements are true and correct;

1.      On January 16, 2009, the following companies filed voluntary petitions for relief under Chapter 7 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"): Specialty Motors Group Holding Corp., Specialty Motors Holding Corp., Specialty Motors Operations Inc., Auto Specialty Products, Inc., Von Weise, Inc., and Von Weise Gear Company, (collectively, the "Debtors").

2.      On January 20, 2009, I was appointed as interim trustee in the Debtors cases and now serve as the trustee (hereinafter, "Von Weise Trustee") for the cases pursuant to 11 U.S.C. § 702(d).   Information concerning the Trustee's appointment is attached to the Motion[1] as Exhibit A.

3.      Fasco Industries Inc. (sometimes "Fasco") is a creditor of the debtor Consolidated Industries Corp. ("Consolidated").  The Von Weise Trustee has been informed that the Chapter 7 Trustee (Mr. Daniel L. Freeland) for estate of Consolidated attempted distribution to Fasco in the amount of $24,162.69, but that such distribution attempt was not successful, and that thereafter,

---

[1] Refers to the Motion of Jeoffrey L. Burtch, Trustee for Von Weise, Inc. to Recover Unclaimed Funds, filed contemporaneously herewith this Affidavit.

the Chapter 7 Trustee for the estate of Consolidated deposited this amount into the Court registry. *See generally,* Docket Number 2973 (Notice of Deposit of Unclaimed Funds filed June 23, 2011).

4.    Fasco Industries Inc. is a dba of Von Weise, Inc. *See* Exhibit B and Exhibit C attached to the Motion. The Tax Identification Number of Von Weise, Inc. is 33-1-35546.

5.    The Von Weise Trustee is responsible to collect and reduce to money the property of the Chapter 7 Von Weise, Inc. estate.

6.    The Von Weise Trustee's address is:

> Jeoffrey L. Burtch, Chapter 7 Trustee
> Cooch and Taylor, P.A.
> The Brandywine Building
> 1000 West Street, 10th Floor
> Wilmington, DE  19801

7.    The Von Weise Trustee has no knowledge that this claim has been previously paid, or that any party other than the Von Weise Trustee is entitled to these funds, except as stated above in paragraph 3.

8.    Von Weise Trustee moves the Court for an Order releasing the unclaimed funds in the amount of $24,162.69 made payable to "Jeoffrey L. Burtch, Chapter 7 Trustee" and for such other relief is just and proper.


Dated: May 16 2013

By: _____
Jeoffrey L. Burtch, Chapter 7 Trustee


SWORN TO BEFORE ME this 16th day of May 2013: _____
Valerie Hinton
Notary Public


My Term Expires: _____ June 27, 2013

VALERIE HINTON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 27, 2013

2

# Exhibit A

**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)        Case Number **09−10187−CSS**

| UNITED STATES BANKRUPTCY COURT District of Delaware |
|---|

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/16/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Von Weise Gear Company
aka Fasco Industries, Inc., aka Fasco DC Motors, aka
Tecumseh Canada Holding Company, aka Fasco
Motors Limited, aka Fasco Motor Company, 5,The
case has 5 alias and 0 were allowed to be extracted.
402 East Haven Street
Eaton Rapids, MI 48827

| Case Number:<br>09−10187−CSS | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>51−0295237 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Robert J. Dehney<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899−1347<br>Telephone number:  (302) 658−9200 | Bankruptcy Trustee (name and address):<br>Jeoffrey L. Burtch<br>P.O. Box 549<br>Wilmington, DE 19899<br>Telephone number:  302−652−3641 |

### Meeting of Creditors

Date: **February 10, 2009**        Time: **03:00 PM**

Location: **844 King Street, Room 2112, Wilmington, DE 19801**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801<br>Telephone number:  302−252−2900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David D. Bird |
|---|---|
| Hours Open:  Monday − Friday 8:00 AM − 4:00 PM | Date: 1/20/09 |

## EXPLANATIONS
**B9B (Official Form 9B) (12/07)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

# Exhibit B

B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | |
| District of Delaware | Voluntary Petition |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Von Weise, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**SEE RIDER 1** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**33-1035546** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**402 East Haven Street**<br>**Eaton Rapids, Michigan**<br> ZIP CODE **48827** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br> ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Eaton County, Michigan** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br> ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9                Recognition of a Foreign<br>☐ Chapter 11              Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13              Recognition of a Foreign<br>                                    Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer        ☑ Debts are primarily<br>debts, defined in 11 U.S.C.                business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B 1 (Official Form 1) (1/08)                                                                                         Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>**Von Weise, Inc.** | | |
|---|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | | |
|---|---|---|---|
| Location<br>Where Filed: **-None-** | Case Number: | | Date Filed: |
| Location<br>Where Filed: | Case Number: | | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | | |
|---|---|---|---|
| Name of Debtor: **SEE RIDER 2** | Case Number: | | Date Filed: |
| District: **District of Delaware** | Relationship: | | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.*

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*The Debtor is not aware of any definition of "imminent and identifiable harm" as used in this form. The Debtor does not believe it owns or possesses property that poses or is alleged to pose a threat of such harm.

B 1 (Official Form) 1 (1/08)                                                                                                    Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Von Weise, Inc. |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br>**Robert J. Dehney**<br>Printed Name of Attorney for Debtor(s)<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>Firm Name<br>**1201 North Market Street, Wilmington, Delaware 19899-1347**<br>Address<br>**(302) 658-9200**<br>Telephone Number<br>**January 16, 2009**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>**Kevin Hein**<br>Printed Name of Authorized Individual<br>**Interim President and Chief Executive Officer**<br>Title of Authorized Individual<br>**January 16, 2009**<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## RIDER 1 - PRIOR TRADE NAMES

All Other Names used by the Debtor in the last 8 years:

- Fasco DC Motors

- Fasco Industries, Inc.

- Fasco Motor Company

- Fasco Motors Limited

- Tecumseh Canada Holding Company

- Von Weise USA, Inc.

## RIDER 2 - LIST OF FILING ENTITIES

Along with the Debtor, Von Weise, Inc., the following affiliated debtors contemporaneously have filed chapter 7 petitions in the United States Bankruptcy Court for the District of Delaware:

1.    Auto Specialty Products, Inc.
2.    Specialty Motors Group Holding Corp.
3.    Specialty Motors Holding Corp.
4.    Specialty Motors Operations, Inc.
5.    Von Weise Gear Company

# Exhibit C



# State of Missouri
### Robin Carnahan, Secretary of State

Corporations Division
P.O. Box 778 / 600 W. Main Street, Rm 322
Jefferson City, MO  65102

| File Number: |
| --- |
| **F00244066** |
| **Date Filed: 09/24/2007** |
| **Robin Carnahan** |
| **Secretary of State** |

## Application for an Amended Certificate of
## Authority for a Foreign Corporation
### Submit with filing fee of $25.00

The below corporation, relating to amending its certificate of authority of Foreign Corporation, does hereby state:

(1)     Its name is: _Fasco Industries, Inc._

and is incorporated in the State of: _Delaware_ ; and it

was qualified in the State of Missouri on _August 16, 1982_ .
month/day/year

(2)     By appropriate corporate action on: _August 31, 2007_ , the corporation:
month/day/year

    (1)     Changed its corporate name to: _Von Weise USA, Inc._

                Name it will use in Missouri if new name not available: _____

    (2)     Changed its period of duration to: _____

    (3)     Changed the state or country of its incorporation to: _____

(3)     There is attached hereto a Certificate of the Secretary of State of the State of _Delaware_
relating to the amendment(s), set forth in item 2 above and showing that the Corporation is in existence and in good
standing in said State.

(4)     The effective date of this document is the date it is filed by the Secretary of State of Missouri, unless you indicate
a future date, as follows: _____
(Date may not be more than 90 days after the filing date in this office)

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040,
RSMo)

| _James J. Bonsall_ (signature) | James J. Bonsall | Chairman | 9/20/2007 |
| --- | --- | --- | --- |
| Authorized Signature | Printed Name | Title | month/day/year |

Attached is an original current certificate attesting to the change, duly authenticated by the secretary of state or other official having custody of corporate records in the state or country of incorporation.

| Name and address to return filed document: |
| --- |
| Name: _Julie H. Goldsworthy_ |
| Address: _840 West Long Lake Road, Suite 200_ |
| City, State, and Zip Code: _Troy, Michigan  48098_ |

**State of Missouri**
Amend/Restate - Gen Bus 3 Page(s)

MO034 - 02/25/2005 C T Corporation System

T0726706605

# Delaware

**PAGE  1**

### *The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "FASCO INDUSTRIES, INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "VON WEISE USA; INC.", THE THIRTY-FIRST DAY OF AUGUST, A.D. 2007, AT 4:21 O'CLOCK P.M.



0887197  8320

071030073

Harriet Smith Windsor, Secretary of State

**AUTHENTICATION:  6012714**

**DATE:  09-19-07**

# Delaware

**PAGE  1**

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "VON WEISE USA, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE NINETEENTH DAY OF SEPTEMBER, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "VON WEISE USA, INC." WAS INCORPORATED ON THE NINETEENTH DAY OF FEBRUARY, A.D. 1980.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.



0887197  8300

071030073

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6012715

DATE: 09-19-07

# State of Missouri



Robin Carnahan
Secretary of State

### AMENDED CERTIFICATE OF AUTHORITY
### OF A FOREIGN CORPORATION

WHEREAS,

*VON WEISE USA, INC.*
F00244066

FORMERLY,

*FASCO INDUSTRIES, INC.*

incorporated under the laws of the State of Delaware and now in existence and in good standing in said State, and qualified to transact business in Missouri has delivered to me, duly authenticated evidence of an amendment to its Articles of Incorporation as provided by law, and has, in all respects, complied with the requirements of The General and Business Corporation Law of Missouri, governing Amendments to the Articles of Incorporation of Foreign Corporations, and in accordance therewith issue this Certificate of Amendment.

IN TESTIMONY WHEREOF, I hereunto
set my hand and cause to be affixed the
GREAT SEAL of the State of Missouri.
Done at the City of Jefferson, this
24th day of September, 2007.



_____
Secretary of State