UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| CONSOLIDATED INDUSTRIES, CORP. ) | CASE NO.    98-40533 |
| ) | CHAPTER    7/sd |
| ) | |
| Debtor(s) ) | |

ORDER

At Lafayette, Indiana on June 27, 2013.

The Court, having reviewed the Motion to Recover Unclaimed Funds filed by Fasco Industries, Inc. Dba Von Weise, Inc., finds that the requirements of N.D. Ind. L.B.R. B-3011-1 have been met.  The Court further finds that Fasco Industries, Inc. Dba Von Weise, Inc. is entitled to the unclaimed funds and that the right to payment of the funds has not been transferred or assigned to any other entity.  Further, the court finds that no objection has been raised by the United States Attorney.

IT IS ORDERED that Fasco Industries, Inc. Dba Von Weise, Inc. is hereby directed to contact the Financial Depart of the United States Bankruptcy Court (574) 968-2226, in order to submit the required tax identification number (IRS W9 form).  Following receipt of the completed IRS W9 form, the Clerk of the United States Bankruptcy Court shall distribute the unclaimed funds deposited in the United States Treasury FUND # 6047BK in the amount of $24,162.69 to Fasco Industries, Inc. Dba Von Weise, Inc. c/o Jeoffrey L. Burtch, Chapter 7 Trustee, The Brandywine Building, 1000 West Street, 10th Floor Wilmington DE 19801 AND Jeoffrey L. Burtch, Chapter 7 Trustee, The Brandywine Building, 1000 West Street, 10th Floor Wilmington DE 19801.

                                     /s/ Robert E. Grant
                                     Chief Judge, United States Bankruptcy Court