# U.S. BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# TRANSCRIPT REQUEST FORM

(Please use one form for each separate matter)

*FILED 2013 JUL 23 AM 10: 45 CHRISTOPHER M. DeTORO U.S. BANKRUPTCY COURT DISTRICT OF INDIANA*

| Today's Date: | July 18, 2013 |
|---|---|
| Case Name(s): | In Re Consolidated Industries Corp. |
| Date of Hearing: | August 27, 2001 |
| Time of Hearing: | Unknown |
| Case Number: | 98-40533-reg |
| Adversary Proceeding Number (if applicable): | |
| Presiding Judge: | Unknown |

Type of Transcript Requested:

Full transcript ☒    Partial transcript ☐
Specify selections: _____

Is this transcript for an appeal?    ☐ Yes  ☒ No

Delivery Requested:

Ordinary (30 days, $3.65/page)             ☐
14-day    (14 days, $4.25/page)             ☐
Expedited (7 days, $4.85/page)              ☒
Next Day  (24 hours, cost $6.05/page)       ☐

| Ordering Party's Name: | Mattie Jones-Gill, Paralegal |
|---|---|
| Firm: | Berkes Crane Robinson & Seal LLP |
| Address: | 515 So. Figueroa St, Suite 1500, Los Angeles, CA 90071 |
| Telephone Number: | 213-955-1150 |

---

The clerk's office will transmit your request, along with an audio copy of the proceedings, to a transcriber. The transcriber will contact you to confirm the specifications of your request, as well as to make payment and delivery arrangements for the completed transcript. The delivery time is computed from the date of the agreed arrangements with the transcriber, not the date of filing with the court. You will make all payments directly to the transcriber and not to the court.

To obtain a copy of a previously filed transcript, you may contact the official court reporter/transcriber. Consistent with the JCUS policy regarding the electronic availability of transcripts of court proceedings, a previously filed transcript may also be available at the clerk's office. The policy is available online at the court's website: www.innb.uscourts.gov.

If you have any questions regarding obtaining transcripts, please contact the respective courtroom deputy as follows:
South Bend (Judge Dees): Linda Hepler, (574) 968-2289         Fort Wayne/Lafayette (Judge Grant): Tracy King, (260) 426-2455
Hammond (Judge Klingeberger): Patti Gross, (219) 852-3579     Hammond (Judge Lindquist): Mary Oberg, (219) 852-3550

U.S. Bankruptcy Court
Northern District of Indiana (Hammond Division at Lafayette)
Bankruptcy Petition #: 98-40533-reg

*Assigned to:* Judge Robert E. Grant
Chapter 7
Previous chapter 11
Voluntary
Asset
Show Associated Cases
Claims Register

*Date filed:* 05/28/1998
*Date converted:* 08/11/2000
*Date terminated:* 12/20/2012
*341 meeting:* 09/08/2000

*Debtor disposition:* Discharge Not Applicable

**Debtor**
**Consolidated Industries Corp.**
P.O. Box 7800
Lafayette, IN 47905
TIPPECANOE-IN
Tax ID / EIN: 35-1020608

represented **Steven H. Ancel**
by One Indiana Square
Suite 3500
Indianapolis, IN 46204
(317) 713-3500
Fax : (317) 713-3699
Email: sancel@sommerbarnard.com

| Date | Docket # | Docket Text |
|---|---|---|
| 08/27/2001 | 1144 | Motion By Trustee Daniel L. Freeland To continue Hearing Re: [1028-1] Application For Compensation (Expenses: $ 7957.14) by Daniel L. Freeland, [1029-1] Application For Compensation ( Fees: $ 42,104.00, Expenses: $ 6692.49) From: 3/17/00 To: 8/11/00 by Daniel L. Freeland with certificate of service. (jef) (Entered: 08/28/2001) |

105208.1