UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| CONSOLIDATED INDUSTRIES CORP. | ) | CASE NO. 98-40533 REG |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor(s) | ) | |

**ORDER**

At Lafayette, Indiana on  January 10, 2014.

The Court, having reviewed the Motion To Recover unclaimed funds filed by Financial Solutiuons, finds that the requirements of N.D. Ind. L.B.R. B-3011-1 have been met.  The Court further finds that Financial Solutions is entitled to the unclaimed funds and that the right to payment of the funds has not been transferred or assigned to any other entity.  Further, the court finds that no objection has been raised by the United States Attorney.

IT IS ORDERED that Financial Solutiuons is hereby directed to contact the Financial Depart of the United States Bankruptcy Court (574) 968-2226, in order to submit the required tax identification number (IRS W9 form).  Following receipt of the completed IRS W9 form, the Clerk of the United States Bankruptcy Court shall distribute the unclaimed funds deposited in the United States Treasury FUND ##6047 in the amount of $56,930.41 to Financial Solutions c/o Kilks & Knopik, LLC., and its attorney Alan D. Naggatz, 175 W. Lincolnway, Suite 1, Valparaiso, IN 46383 AND Kilks & Knopik, LLC., and its attorney Alan D. Naggatz, 175 W. Lincolnway, Suite 1, Valparaiso, IN 46383.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert E. Grant*
　　　　　　　　　　　　　　　　　　　　　　Chief Judge, United States Bankruptcy Court