United States Bankruptcy Court
Northern District of Indiana

In re:                                                                                          Case No. 98-40533-reg
Consolidated Industries Corp.                                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0755-4            User: iosborn              Page 1 of 7                Date Rcvd: Jan 15, 2015
                                Form ID: pdf004            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2015.
db              Consolidated Industries Corp.,    P.O. Box 7800,    Lafayette, IN  47905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2015                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2015 at the address(es) listed below:
              Alan D. Naggatz    on behalf of Creditor Richard  Ray naggatzlaw@aol.com
              Alan D. Naggatz    on behalf of Creditor Martin  Garduno naggatzlaw@aol.com
              Alan D. Naggatz    on behalf of Creditor Benjamin  Mohler naggatzlaw@aol.com
              Alan D. Naggatz    on behalf of Creditor Dilks & Knopik, LLC  Exponent Failure Analysis Associates,
               Inc. naggatzlaw@aol.com
              Alan D. Naggatz    on behalf of Creditor Allen and Susan  Dudden naggatzlaw@aol.com
              Alan D. Naggatz    on behalf of Creditor   TIN Inc naggatzlaw@aol.com
              Alan D. Naggatz    on behalf of Creditor    Financial Solutions naggatzlaw@aol.com
              Alan D. Naggatz    on behalf of Creditor Derik  Mohler naggatzlaw@aol.com
              Alan D. Naggatz    on behalf of Creditor Dilks & Knopik, LLC  GKN Sinter Metals, Inc.
               naggatzlaw@aol.com
              Alan D. Naggatz    on behalf of Creditor Jack  Motley naggatzlaw@aol.com
              Alan D. Naggatz    on behalf of Creditor Donald  Jackson naggatzlaw@aol.com
              Alan D. Naggatz    on behalf of Creditor Jacqueline  Ramirez naggatzlaw@aol.com
              Alan D. Naggatz    on behalf of Creditor Eliza  Williams naggatzlaw@aol.com
              Alan K. Mills    on behalf of Interested Party    Friedrich Air Conditioning Company, Ltd.
               alan.mills@btlaw.com
              Alan K. Mills    on behalf of Defendant    Friedrich Air Conditioning Company, Ltd.
               alan.mills@btlaw.com
              Alan K. Mills    on behalf of Creditor    Friedrich Air Conditioning Co., Ltd. alan.mills@btlaw.com
              C. Daniel Motsinger    on behalf of Creditor    ProLiance Energy, LLC cmotsinger@kdlegal.com,
               crbpgpleadings@kdlegal.com;rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
              Cassandra L. Writz    on behalf of Defendant    Employers Insurance of Wausau clwritz@bryancave.com
              Cassandra L. Writz    on behalf of Defendant    Wausau Insurance Company clwritz@bryancave.com
              Catherine  Steege    on behalf of Plaintiff Daniel L. Freeland, Trustee for the Bankruptcy Estate
               of Consolidated Industries Corp. csteege@jenner.com
              Catherine  Steege    on behalf of Plaintiff Daniel L. Freeland, Chapter 7 Trustee
               csteege@jenner.com
              Catherine  Steege    on behalf of Defendant Daniel  Freeland csteege@jenner.com
              Catherine  Steege    on behalf of Spec. Counsel    Jenner & Block LLP csteege@jenner.com
              Catherine  Steege    on behalf of Defendant Daniel L. Freeland, Trustee for the Bankruptcy Estate
               of Consolidated Industries Corp. csteege@jenner.com
              Catherine  Steege    on behalf of Cross Defendant Daniel L. Freeland csteege@jenner.com
              Catherine  Steege    on behalf of Plaintiff Daniel L. Freeland csteege@jenner.com
              Catherine  Steege    on behalf of Plaintiff Daniel L.  Freeland, Chapter 7 Trustee
               csteege@jenner.com
              Catherine  Steege    on behalf of Defendant Daniel L. Freeland csteege@jenner.com
              Catherine  Steege    on behalf of Trustee Daniel L. Freeland csteege@jenner.com
              Charles F. Miller, Jr.    on behalf of Defendant    Wausau Insurance Companies cfmjratty@iquest.net
              Charles J. Heiny    on behalf of Creditor Gary  Redman cheiny@hallercolvin.com
              Charles J. Heiny    on behalf of Creditor Candy  Redman cheiny@hallercolvin.com
              Charles J. Heiny    on behalf of Creditor Ellen  Oleskiewicz cheiny@hallercolvin.com
              Charles J. Heiny    on behalf of Creditor Mike  Stefanyshyn cheiny@hallercolvin.com
              Charles J. Heiny    on behalf of Creditor Ed  Oleskiewicz cheiny@hallercolvin.com
              Charles J. Heiny    on behalf of Creditor Lorene  Warner cheiny@hallercolvin.com
              Charles J. Heiny    on behalf of Creditor Charles  Orr cheiny@hallercolvin.com
              Charles V. Traylor    on behalf of Plaintiff    Blue Ridge Insurance Company ctraylor@ilectris.com

```
District/off: 0755-4                  User: iosborn                Page 2 of 7                  Date Rcvd: Jan 15, 2015
                                      Form ID: pdf004              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Charles V. Traylor    on behalf of Creditor    Blue Ridge Insurance Company ctraylor@ilectris.com
              Christine M. Marcuccilli    on behalf of Defendant    Wausau Insurance Companies
               cmarcuccilli@rlwlawfirm.com, nmonnier@rlwlawfirm.com
              Daniel L. Freeland    on behalf of Debtor    Consolidated Industries Corp. dlf9601@aol.com
              Daniel L. Freeland    on behalf of Trustee Daniel L. Freeland dlf9601@aol.com
              Daniel L. Freeland    dlf9601t@aol.com, IN50@ecfcbis.com
              Daniel W. Glavin    on behalf of Interested Party    California Union Insurance Co.
               dglavin@omwlegal.com, phamilton@omwlegal.com;cstewart@omwlegal.com
              Daniel W. Glavin    on behalf of Interested Party    Pacific Employers Insurance Co.
               dglavin@omwlegal.com, phamilton@omwlegal.com;cstewart@omwlegal.com
              Daniel W. Glavin    on behalf of Interested Party    Indemnity Insurance Co. of North America
               dglavin@omwlegal.com, phamilton@omwlegal.com;cstewart@omwlegal.com
              David A. Rosenthal    on behalf of Defendant    Walters & Steinberg darlaw@nlci.com
              David A. Rosenthal    on behalf of Creditor    Treasurer of Tippecanoe County darlaw@nlci.com
              David H. Kleiman    on behalf of Interested Party William Frank Hall dkleiman@beneschlaw.com,
               ecf@beneschlaw.com;ccanny@beneschlaw.com;docket@beneschlaw.com;dbaker@beneschlaw.com
              Deborah M. Leonard    on behalf of Defendant    United States of America deborah.leonard@usdoj.gov,
               samantha.lee@usdoj.gov
              Deborah M. Leonard    on behalf of Creditor    Internal Revenue Service deborah.leonard@usdoj.gov,
               samantha.lee@usdoj.gov
              Douglas J. Hannoy    on behalf of Defendant    The Hartford NDBKR@feiwellhannoy.com
              Edward Chosnek    on behalf of Defendant    General Electric Company trustee@chosneklaw.com
              Edward R. Cardoza    on behalf of Debtor    Consolidated Industries Corp. ecardoza@rubin-levin.net,
               rjenkins@rubin-levin.net;marie@rubin-levin.net
              Edward R. Cardoza    on behalf of Plaintiff    Consolidated Industries Corp.
               ecardoza@rubin-levin.net, rjenkins@rubin-levin.net;marie@rubin-levin.net
              Elliott D. Levin    on behalf of Interested Party John  Salah edl@rubin-levin.net
              Elliott D. Levin    on behalf of Counter-Claimant Linda NMN Lyons edl@rubin-levin.net
              Elliott D. Levin    on behalf of Defendant Dominic  Pascale edl@rubin-levin.net
              Elliott D. Levin    on behalf of Counter-Claimant Mel  Amrikhas edl@rubin-levin.net
              Elliott D. Levin    on behalf of Defendant Dominick  Pascale edl@rubin-levin.net
              Elliott D. Levin    on behalf of Interested Party Rubina  Amrikhas edl@rubin-levin.net
              Elliott D. Levin    on behalf of Interested Party Dominick  Pascale edl@rubin-levin.net
              Elliott D. Levin    on behalf of Interested Party Linda Sue Lyons edl@rubin-levin.net
              Elliott D. Levin    on behalf of Defendant    Block Steel Corporation edl@rubin-levin.net
              Elliott D. Levin    on behalf of Counter-Claimant Rubina  Amrikhas edl@rubin-levin.net
              Elliott D. Levin    on behalf of Defendant Mel  Amrikhas edl@rubin-levin.net
              Elliott D. Levin    on behalf of Defendant John  Salah edl@rubin-levin.net
              Elliott D. Levin    on behalf of Interested Party Dominic  Pascale edl@rubin-levin.net
              Elliott D. Levin    on behalf of Defendant Rubina  Amrikhas edl@rubin-levin.net
              Elliott D. Levin    on behalf of Defendant    Inland Paperboard and Packaging Inc.
               edl@rubin-levin.net
              Elliott D. Levin    on behalf of Counter-Claimant Dominic  Pascale edl@rubin-levin.net
              Elliott D. Levin    on behalf of Interested Party Linda NMN Lyons edl@rubin-levin.net
              Elliott D. Levin    on behalf of Defendant Linda NMN Lyons edl@rubin-levin.net
              Elliott D. Levin    on behalf of Counter-Claimant John  Salah edl@rubin-levin.net
              Elliott D. Levin    on behalf of Interested Party Mel  Amrikhas edl@rubin-levin.net
              G. Ronald Heath    on behalf of Defendant    The Home Insurance Co. grheath@hooverhull.com
              G. Ronald Heath    on behalf of Defendant    The Home Insurance Company grheath@hooverhull.com
              G. Ronald Heath    on behalf of Interested Party    The Home Insurance Company
               grheath@hooverhull.com
              G. Ronald Heath    on behalf of Defendant    Home Insurance Company grheath@hooverhull.com
              Gordon E. Gouveia    on behalf of Plaintiff Daniel L. Freeland, Chapter 7 Trustee
               geglaw@gouveia.comcastbiz.net
              Gordon E. Gouveia    on behalf of Trustee Daniel L. Freeland geglaw@gouveia.comcastbiz.net
              Gordon E. Gouveia    on behalf of Plaintiff Daniel L. Freeland geglaw@gouveia.comcastbiz.net
              Gordon E. Gouveia    on behalf of Cred. Comm. Chair Al  Goldfarb geglaw@gouveia.comcastbiz.net
              Gordon E. Gouveia    on behalf of Cross Defendant Daniel L. Freeland geglaw@gouveia.comcastbiz.net
              Gordon E. Gouveia    on behalf of Defendant Daniel L. Freeland geglaw@gouveia.comcastbiz.net
              Gordon E. Gouveia    on behalf of Defendant Daniel L. Freeland, Trustee for the Bankruptcy Estate
               of Consolidated Industries Corp. geglaw@gouveia.comcastbiz.net
              Gordon E. Gouveia    on behalf of Defendant Daniel  Freeland geglaw@gouveia.comcastbiz.net
              Gordon E. Gouveia    on behalf of Interested Party    Unsecured Creditors Committee
               geglaw@gouveia.comcastbiz.net
              Gordon E. Gouveia    on behalf of Plaintiff Daniel L. Freeland, Trustee for the Bankruptcy Estate
               of Consolidated Industries Corp. geglaw@gouveia.comcastbiz.net
              Gordon E. Gouveia (DZ)    on behalf of Plaintiff Daniel L. Freeland, Trustee for the Bankruptcy
               Estate of Consolidated Industries Corp. gm_law@ameritech.net
              Gordon E. Gouveia(LW)    on behalf of Plaintiff Daniel L.  Freeland, Chapter 7 Trustee
               geglaw@gouveia.comcastbiz.net
              Grant F. Shipley    on behalf of Defendant    A.O. Smith Corporation gfs@gshipley.com,
               ecf@gshipley.com
              Grant F. Shipley    on behalf of Creditor    A. O. Smith Corporation gfs@gshipley.com,
               ecf@gshipley.com
              J. Joseph Bainton    on behalf of Creditor    Enodis Corporation ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Defendant David L. Hirsch ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Defendant Marion H. Antoni ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Intervenor-Defendant    Enodis Corporation ecf@baintonlaw.com
```

```
District/off: 0755-4          User: iosborn              Page 3 of 7                 Date Rcvd: Jan 15, 2015
                              Form ID: pdf004            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              J. Joseph Bainton    on behalf of Plaintiff    Enodis Corporation ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Defendant Richard L. Hirsch ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Defendant Daniel  Yih ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Defendant Lawrence R. Gross ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Counter-Defendant David L. Hirsch ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Counter-Defendant Marion H. Antonini ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Defendant Marion H. Antonini ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Counter-Defendant Richard L. Hirsch ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Defendant    Enodis Corporation ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Counter-Defendant Lawrence R. Gross ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Counter-Defendant Daniel  Yih ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Defendant    Welbilt Holding Company ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Counter-Claimant    Enodis Corporation ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Plaintiff    Welbilt Holding Company ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Counter-Defendant    Enodis Corporation ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Interested Party    Enodis Corporation ecf@baintonlaw.com
              J. Joseph Bainton    on behalf of Defendant    Welbilt Corporation ecf@baintonlaw.com
              James A. Gothard    on behalf of Creditor Donald S. Moffatt jag@bennettlaw.com
              James A. Gothard    on behalf of Creditor Rhonda  Moffatt jag@bennettlaw.com
              James A. Gothard    on behalf of Creditor    United Services Automobile Association
               jag@bennettlaw.com
              James A. Gothard(MS)    on behalf of Creditor    California State Automobile Association
               Inter-Insurance Bureau mls@bennettlaw.com
              James E. Carlberg    on behalf of Creditor    Martindale Ventures, LLC jcarlberg@boselaw.com
              James R. Schrier    on behalf of Defendant    Gail Harper jrs@rtslawfirm.com
              James T. Hodson    on behalf of Defendant    A.M.T.S. Limited jim@hodsonlawoffice.com,
               janel@hodsonlawoffice.com;denise@hodsonlawoffice.com;kim@hodsonlawoffice.com
              Jeffrey L. Gansberg    on behalf of Defendant Daniel L. Freeland gansberg@wildmanharrold.com
              Jeffrey L. Gansberg    on behalf of Plaintiff Daniel L. Freeland, Trustee for the Bankruptcy
               Estate of Consolidated Industries Corp. gansberg@wildmanharrold.com
              Jeffrey L. Gansberg    on behalf of Plaintiff Daniel L. Freeland gansberg@wildmanharrold.com
              John  Burns(SR)    on behalf of Creditor    Robinson & Cole LLP skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John  Burns(SR)    on behalf of Defendant Lawrence R. Gross skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John  Burns(SR)    on behalf of Creditor    Enodis Corporation skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John  Burns(SR)    on behalf of Plaintiff    Enodis Corporation skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John  Burns(SR)    on behalf of Defendant    Enodis Corporation skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John  Burns(SR)    on behalf of Defendant    Welbilt Corporation skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John  Burns(SR)    on behalf of Defendant David L. Hirsch skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John  Burns(SR)    on behalf of Defendant Daniel  Yih skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John  Burns(SR)    on behalf of Defendant    Welbilt Holding Company skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John  Burns(SR)    on behalf of Defendant Richard L. Hirsch skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John  Burns(SR)    on behalf of Defendant Marion H. Antonini skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John G. McCarthy    on behalf of Counter-Defendant    Enodis Corporation jmccarthy@sgrlaw.com
              John G. McCarthy    on behalf of Defendant Lawrence R. Gross jmccarthy@sgrlaw.com
              John G. McCarthy    on behalf of Defendant Marion H. Antonini jmccarthy@sgrlaw.com
              John G. McCarthy    on behalf of Defendant    Welbilt Holding Company jmccarthy@sgrlaw.com
              John G. McCarthy    on behalf of Defendant Richard L. Hirsch jmccarthy@sgrlaw.com
              John G. McCarthy    on behalf of Defendant Daniel  Yih jmccarthy@sgrlaw.com
              John G. McCarthy    on behalf of Defendant    Welbilt Corporation jmccarthy@sgrlaw.com
              John G. McCarthy    on behalf of Plaintiff    Welbilt Holding Company jmccarthy@sgrlaw.com
              John G. McCarthy    on behalf of Defendant David L. Hirsch jmccarthy@sgrlaw.com
              John G. McCarthy    on behalf of Creditor    Enodis Corporation jmccarthy@sgrlaw.com
              John G. McCarthy    on behalf of Plaintiff    Enodis Corporation jmccarthy@sgrlaw.com
              John G. McCarthy    on behalf of Defendant    Enodis Corporation jmccarthy@sgrlaw.com
              John J. Petr    on behalf of Creditor    Ford Motor Credit Company jjp@kgrlaw.com,   smn@kgrlaw.com
              John J. Petr    on behalf of Defendant    Ford Motor Credit Company jjp@kgrlaw.com,   smn@kgrlaw.com
              John R. Burns, III    on behalf of Counter-Claimant    Enodis Corporation skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Intervenor    Enodis Corporation skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Defendant David L. Hirsch skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Interested Party    Enodis Corporation skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Defendant Richard L. Hirsch skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
```

```
District/off: 0755-4           User: iosborn               Page 4 of 7            Date Rcvd: Jan 15, 2015
                               Form ID: pdf004             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John R. Burns, III    on behalf of Creditor    Enodis Corporation skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Defendant    Welbilt Holding Company skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Defendant    Enodis Corporation skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Plaintiff    Welbilt Holding Company skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Defendant Marion H. Antonini skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Defendant Lawrence R. Gross skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Intervenor-Defendant    Enodis Corporation skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Plaintiff    Enodis Corporation skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Defendant Daniel  Yih skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Burns, III    on behalf of Counter-Defendant    Enodis Corporation skrhoads@faegrebd.com,
               john.burns@faegrebd.com;oliana.nansen@faegrebd.com
              John R. Humphrey    on behalf of Plaintiff Daniel L. Freeland jhumphrey@taftlaw.com,
               ecfclerk@taftlaw.com;aphillips@taftlaw.com;ebroecker@taftlaw.com
              John R. Humphrey    on behalf of Debtor    Consolidated Industries Corp. jhumphrey@taftlaw.com,
               ecfclerk@taftlaw.com;aphillips@taftlaw.com;ebroecker@taftlaw.com
              Jon B. Abels    on behalf of Defendant    William Hall jabels@beneschlaw.com,
               ecf@beneschlaw.com;dbaker@beneschlaw.com;ccanny@beneschlaw.com;docket@beneschlaw.com
              Judy B. Calton    on behalf of Creditor    Canadian Manoir Industries, Ltd. jcalton@honigman.com
              Keith R. Fafarman    on behalf of Creditor John R. Gambs keithF@gmbslaw.com,    stacey@gmbslaw.com
              Keith R. Fafarman    on behalf of Creditor Steven W. Norfleet keithF@gmbslaw.com,
               stacey@gmbslaw.com
              Kenneth A. Manning    on behalf of Defendant    Benchmark Manufacturing Ken@kmmglawfirm.com,
               Kim@kmmglawfirm.com
              Kimberly A. Wright    on behalf of Defendant    Gail Harper kaglawpc@gmail.com,
               connie.anderson1@frontier.com;kaglawpc@gmail.com;ecf.kaglawpc@gmail.com;julie.mccormick1@frontier
               .com
              Mark  Werling(DM)    on behalf of Creditor    Enodis Corporation mark.werling@bakerd.com,
               melanie.smith@bakerd.com
              Mark A. Warsco    on behalf of Defendant    Employers Insurance of Wausau bkwarsco@rlwlawfirm.com,
               mwarsco@rlwlawfirm.com
              Mark A. Warsco    on behalf of Defendant    Wausau Insurance Company bkwarsco@rlwlawfirm.com,
               mwarsco@rlwlawfirm.com
              Mark A. Werling    on behalf of Defendant Lawrence R. Gross mark.werling@bakerd.com,
               melanie.smith@bakerd.com
              Mark A. Werling    on behalf of Creditor    Enodis Corporation mark.werling@bakerd.com,
               melanie.smith@bakerd.com
              Mark A. Werling    on behalf of Interested Party    Enodis Corporation mark.werling@bakerd.com,
               melanie.smith@bakerd.com
              Mark A. Werling    on behalf of Plaintiff    Enodis Corporation mark.werling@bakerd.com,
               melanie.smith@bakerd.com
              Mark A. Werling    on behalf of Defendant    Enodis Corporation mark.werling@bakerd.com,
               melanie.smith@bakerd.com
              Mark A. Werling    on behalf of Creditor    Welbilt Holding Company mark.werling@bakerd.com,
               melanie.smith@bakerd.com
              Mark A. Werling    on behalf of Defendant David L. Hirsch mark.werling@bakerd.com,
               melanie.smith@bakerd.com
              Mark A. Werling    on behalf of Defendant Daniel  Yih mark.werling@bakerd.com,
               melanie.smith@bakerd.com
              Mark A. Werling    on behalf of Defendant Richard L. Hirsch mark.werling@bakerd.com,
               melanie.smith@bakerd.com
              Mark A. Werling    on behalf of Defendant Marion H. Antonini mark.werling@bakerd.com,
               melanie.smith@bakerd.com
              Mark A. Werling    on behalf of Defendant    Welbilt Holding Company mark.werling@bakerd.com,
               melanie.smith@bakerd.com
              Mark A. Werling    on behalf of Counter-Defendant    Enodis Corporation mark.werling@bakerd.com,
               melanie.smith@bakerd.com
              Mark A. Werling(TW)    on behalf of Defendant    Welbilt Holding Company oliana.nansen@bakerd.com,
               mark.werling@bakerd.com;melanie.smith@bakerd.com
              Mark A. Werling(TW)    on behalf of Creditor    Enodis Corporation oliana.nansen@bakerd.com,
               mark.werling@bakerd.com;melanie.smith@bakerd.com
              Mark A. Werling(TW)    on behalf of Defendant    Enodis Corporation oliana.nansen@bakerd.com,
               mark.werling@bakerd.com;melanie.smith@bakerd.com
              Mark A. Werling(TW)    on behalf of Defendant Daniel  Yih oliana.nansen@bakerd.com,
               mark.werling@bakerd.com;melanie.smith@bakerd.com
              Mark A. Werling(TW)    on behalf of Defendant Marion H. Antonini oliana.nansen@bakerd.com,
               mark.werling@bakerd.com;melanie.smith@bakerd.com
              Martin E. Seifert    on behalf of Intervenor Charles  Orr mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert    on behalf of Creditor Mike  Stefanyshyn mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert    on behalf of Intervenor Ed  Oleskiewicz mseifertbankruptcy@hallercolvin.com
```

```
District/off: 0755-4           User: iosborn                Page 5 of 7                  Date Rcvd: Jan 15, 2015
                               Form ID: pdf004              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Martin E. Seifert     on behalf of Intervenor Ellen   Oleskiewicz mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert     on behalf of Intervenor Mike   Stefanyshyn mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert     on behalf of Intervenor Lorene   Warner mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert     on behalf of Intervenor    Stefanyshyn Plaintiffs
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Intervenor Ed   Oleskiewicz dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Plaintiff Ellen   Oleskiewicz dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Creditor Gary   Redman dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Intervenor Charles   Orr dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Creditor Ed   Oleskiewicz dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Creditor Lorene   Warner dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Plaintiff Lorene   Warner dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Plaintiff Mike   Stefanyshyn dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Plaintiff Ed   Oleskiewicz dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Plaintiff Gary   Redman dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Intervenor Mike   Stefanyshyn dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Plaintiff Charles   Orr dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Intervenor Ellen   Oleskiewicz dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Creditor Ellen   Oleskiewicz dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Intervenor    Stefanyshyn Plaintiffs dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Intervenor Lorene   Warner dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Creditor Charles   Orr dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Creditor Mike   Stefanyshyn dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Plaintiff Candy   Redman dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Martin E. Seifert(DMH)     on behalf of Creditor Candy   Redman dhall@hallercolvin.com,
               mseifertbankruptcy@hallercolvin.com
              Matthew A. Gold    on behalf of Interested Party    Argo Partners courts@argopartners.net
              Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Matthew M. Hohman    on behalf of Creditor    Amana Company, L.P. mhohman@btlaw.com,
               ameuwissen@btlaw.com
              Matthew M. Hohman    on behalf of Defendant    Magnetek Century Electric mhohman@btlaw.com,
               ameuwissen@btlaw.com
              Matthew M. Hohman    on behalf of Creditor    Maytag Corporation mhohman@btlaw.com,
               ameuwissen@btlaw.com
              Michael S. Bergerson(ACK)     on behalf of    Susan   Devine teambergy@comcast.net
              Michael S. Bergerson(ACK)     on behalf of Creditor Susan   Devine teambergy@comcast.net
              Nancy J. Gargula     USTPRegion10.SO.ECF@usdoj.gov
              Nicholas Aaron Snow    on behalf of Creditor    Watsco Investments, LLC nick@harrislawfirmpc.net,
               tanya@harrislawfirmpc.net;deb@harrislawfirmpc.net
              Nicholas Aaron Snow    on behalf of Creditor    ArcelorMittal U.S.A., L.L.C.
               nick@harrislawfirmpc.net,  tanya@harrislawfirmpc.net;deb@harrislawfirmpc.net
              Nicholas Aaron Snow    on behalf of Creditor    RockTenn CP, LLC nick@harrislawfirmpc.net,
               tanya@harrislawfirmpc.net;deb@harrislawfirmpc.net
              Nicholas Aaron Snow    on behalf of Creditor    Financial Solutions nick@harrislawfirmpc.net,
               tanya@harrislawfirmpc.net;deb@harrislawfirmpc.net
              Nicholas Aaron Snow    on behalf of Creditor    Verizon Communications (Successor to GTE North)
               nick@harrislawfirmpc.net,  tanya@harrislawfirmpc.net;deb@harrislawfirmpc.net
              Nick J. Cirignano    on behalf of Creditor    Central Industries of Indiana, Inc.
               ncirignano@zsws.com,  cflester@zsws.com
              Paul  Alp   on behalf of Interested Party    The ACE Companies palp@crowell.com
              Paul  Alp   on behalf of Interested Party    The Ace Companies Insurers palp@crowell.com
              Paul  Alp   on behalf of Plaintiff    Ace American Insurance Company palp@crowell.com
              Paul J. Catanese    on behalf of        McGuireWoods LLP pcatanese@mcguirewoods.com
              Peter A. Velde   on behalf of Defendant    Sprint pvelde@k-glaw.com,  dtracy@k-glaw.com
              Phillip A. Renz    on behalf of Interested Party    g, Pennsylvania renz@carsonboxberger.com
              Phillip A. Renz    on behalf of Defendant    AIU Insurance Company renz@carsonboxberger.com
              Phillip A. Renz    on behalf of Plaintiff    National Union Fire Insurance Company
               renz@carsonboxberger.com
```

```
District/off: 0755-4          User: iosborn               Page 6 of 7              Date Rcvd: Jan 15, 2015
                              Form ID: pdf004             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Phillip A. Renz    on behalf of Counter-Defendant    National Union Fire Insurance Company renz@carsonboxberger.com
        Phillip A. Renz    on behalf of Defendant    National Union Fire Insurance Co. renz@carsonboxberger.com
        Phillip A. Renz    on behalf of Defendant    National Union Fire Ins.Co.of Pittsburgh renz@carsonboxberger.com
        Phillip A. Renz    on behalf of Defendant    AIU Insurance Co. renz@carsonboxberger.com
        Phillip A. Renz    on behalf of Interested Party    National Union Insurance renz@carsonboxberger.com
        Phillip A. Renz    on behalf of Creditor    National Union Fire Insurance Company of Pittsburgh, PA. renz@carsonboxberger.com
        Phillip A. Renz    on behalf of Interested Party    AIU Insurance Company renz@carsonboxberger.com
        Robert A. Davidson    on behalf of Plaintiff Daniel L. Freeland dlf9601b@aol.com
        Robert L. Nicholson    on behalf of Defendant    Tube Fab nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Creditor    ABCO Heating and Air Conditioning nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Creditor    Lewis Home of California nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Creditor    Kaufman & Broad Land Co. nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Creditor    KB Home nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Creditor    Upper K Shapell nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Defendant    Honeywell, Inc. nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Creditor    Shapell Industries, Inc. nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Creditor    Kaufman & Broad of San Diego, Inc. nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Creditor    Lewis Development Company nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Creditor    S & S Construction Company nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Creditor    Shapell Monteverde nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Creditor    Beutler Heating and Air Conditioning nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Creditor    Kaufman & Broad of Northern California, Inc. nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Creditor    Porter Ranch Development Company nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert L. Nicholson    on behalf of Creditor    Kaufman & Broad of Southern California, Inc. nicholson@carsonboxberger.com, winchester@carsonboxberger.com;dianne@carsonboxberger.com
        Robert S. O'Dell    on behalf of Interested Party    Harbor Insurance Company rodell@odell-lawfirm.com
        Robert S. O'Dell    on behalf of Defendant    The Home Insurance Co. rodell@odell-lawfirm.com
        Robert S. O'Dell    on behalf of Defendant    Harbor Insurance Company rodell@odell-lawfirm.com
        Roberto A. Ramirez    on behalf of Spec. Counsel    Ice Miller Donadio & Ryan roberto.ramirez@icemiller.com
        Robin W. Morlock    on behalf of Creditor    Internal Revenue Service Robin.Morlock@usdoj.gov, Griselda.Burge@usdoj.gov
        Roy F. Kiplinger (JW)    on behalf of Spec. Counsel    Lewis & Kappes bankruptcy@kiplingerlaw.com
        Sheila A. Ramacci    on behalf of Plaintiff Daniel L. Freeland, Trustee for the Bankruptcy Estate of Consolidated Industries Corp. sar4198@aol.com
        Sheila A. Ramacci    on behalf of Cross Defendant Daniel L. Freeland sar4198@aol.com
        Sheila A. Ramacci    on behalf of Plaintiff Daniel L. Freeland sar4198@aol.com
        Sheila A. Ramacci    on behalf of Defendant Daniel L. Freeland, Trustee for the Bankruptcy Estate of Consolidated Industries Corp. sar4198@aol.com
        Sheila A. Ramacci    on behalf of Plaintiff Daniel L. Freeland, Trustee sar4198@aol.com
        Sheila A. Ramacci    on behalf of Defendant Daniel L. Freeland sar4198@aol.com
        Stephen L. Fink    on behalf of Defendant    Magnetek Century Electric sfink@btlaw.com
        Stephen R. Pennell    on behalf of Interested Party    Transamerica Insurance Co. srp@stuartlaw.com
        Stephen R. Pennell    on behalf of Defendant    TIG Insurance Company srp@stuartlaw.com
        Stephen R. Pennell    on behalf of Defendant    TIG Insurance srp@stuartlaw.com
        Stephen R. Pennell    on behalf of Defendant    Transamerica Insurance Group srp@stuartlaw.com
        Steven D. Groth    on behalf of Defendant    Royal Insurance sgroth@boselaw.com
        Steven H. Ancel    on behalf of Attorney Steven H. Ancel sancel@sommerbarnard.com, ecfclerk@sommerbarnard.com
        Steven H. Ancel    on behalf of Debtor    Consolidated Industries Corp. sancel@sommerbarnard.com, ecfclerk@sommerbarnard.com
        Steven H. Ancel    on behalf of Plaintiff    Consolidated Industries Corp. sancel@sommerbarnard.com, ecfclerk@sommerbarnard.com
        Steven H. Ancel    on behalf of Trustee Daniel L. Freeland sancel@sommerbarnard.com, ecfclerk@sommerbarnard.com
        Steven H. Ancel    on behalf of Defendant    Consolidated Industries Corp. sancel@sommerbarnard.com, ecfclerk@sommerbarnard.com

```
District/off: 0755-4          User: iosborn              Page 7 of 7              Date Rcvd: Jan 15, 2015
                              Form ID: pdf004            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Steven H. Ancel    on behalf of Plaintiff Daniel L.  Freeland, Chapter 7 Trustee sancel@sommerbarnard.com, ecfclerk@sommerbarnard.com
          Steven H. Ancel    on behalf of Attorney   Ancel & Dunlap sancel@sommerbarnard.com, ecfclerk@sommerbarnard.com
          Thomas  Rothe    on behalf of Creditor   Clarke & Osborne athomasrothe@indy.rr.com
          Thomas P. Yoder    on behalf of Creditor   Amana Company, L.P. tpy@barrettlaw.com
          Thomas P. Yoder    on behalf of Creditor   FINOVA Capital Corporation tpy@barrettlaw.com
          Thomas P. Yoder    on behalf of Creditor   Bard Manufacturing Company tpy@barrettlaw.com
          Thomas P. Yoder    on behalf of Defendant   Bard Manufacturing tpy@barrettlaw.com
          Thomas P. Yoder    on behalf of Defendant   Goodman Manufacturing tpy@barrettlaw.com
          Thomas P. Yoder    on behalf of Creditor   Amana Refrigeration, Inc. tpy@barrettlaw.com
          Thomas P. Yoder    on behalf of Defendant   Amana Refrigeration Inc. tpy@barrettlaw.com
          Thomas P. Yoder    on behalf of Interested Party   Goodman Manufacturing Company, L.P. tpy@barrettlaw.com
          Thomas P. Yoder    on behalf of Defendant   Goodman Company, L.P. tpy@barrettlaw.com
          Timothy  Hillegonds   on behalf of Creditor Thomas R Tibble thillegonds@wnj.com
          Timothy  Hillegonds   on behalf of Creditor   Hart & Cooley, Inc. thillegonds@wnj.com

                                                                                                  TOTAL: 302

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN THE MATTER OF                )
                                )
CONSOLIDATED INDUSTRIES, CORP   )   CASE NO. 98-40533  REG
                                )   CHAPTER 7
                                )
         Debtor(s)              )

## ORDER

At Lafayette, Indiana on January 15, 2015

The Court, having reviewed the Motion to Recover Unclaimed Funds filed by Allen Dudden and Susan Dianne Dudden, successor in interest to Gas and Mechanical Laboratories, Inc., finds that the requirements of N.D. Ind. L.B.R. B-3011-1 have been met.  The Court further finds that Allen Dudden and Susan Dianne Dudden, successor in interest to Gas and Mechanical Laboratories, Inc. is entitled to the unclaimed funds and that the right to payment of the funds has not been transferred or assigned to any other entity.  Further, the court finds that no objection has been raised by the United States Attorney.

IT IS ORDERED that Allen Dudden and Susan Dianne Dudden, successor in interest to Gas and Mechanical Laboratories, Inc. is hereby directed to contact the Financial Department of the United States Bankruptcy Court (574) 968-2226, in order to submit the required tax identification number (IRS W9 form).  Following receipt of the completed IRS W9 form, the Clerk of the United States Bankruptcy Court shall distribute the unclaimed funds deposited in the United States Treasury FUND # 6047BK in the amount of $11,348.39 to Allen Dudden and Susan Dianne Dudden, successor in interest to Gas and Mechanical Laboratories, Inc. c/o Alan D. Naggatz, Dilks and Knopik, 175 W. Lincolnway, Suite I, Valparaiso, IN 46383 AND Alan D. Naggatz, 175 W. Lincolnway, Suite I, Valparaiso, IN 46383.

*/s/ Robert E. Grant*
Chief Judge, United States Bankruptcy Court